DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DONALD JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-0008-JAM |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| DONALD JOHNSON, | ) | |
| | ) | Date: March 22, 2011 |
| Defendant. | ) | Time: 9:30 a.m. |
| | ) | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED between the parties, KYLE REARDON, Assistant United States Attorney, and DOUGLAS J. BEEVERS, Assistant Federal Defender, attorney for defendant DONALD JOHNSON, that the status conference of March 1, 2011 at 9:30 a.m., be vacated, and the matter be set for status conference on March 22, 2011 at 9:30 a.m.

The reason for the continuance is to allow the parties additional time to negotiate a resolution to this matter. Additionally, defense counsel needs time to review discovery with the defendant and to continue investigating the facts of the case. AUSA Kyle Reardon has no objection to this continuance. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

IT IS STIPULATED that the period from the signing of this Order, up to and including March 22, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated: February 23, 2011

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

*/s/ Douglas Beevers*
_____
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
DONALD JOHNSON

Dated: February 23, 2011

BENJAMIN B. WAGNER
United States Attorney

*/s/ Kyle Reardon*
_____
By: KYLE REARDON
Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.** It is ordered that time from the date of this Order, up to and including, the March 22, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated:  February 24, 2011

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge

Stip and Order                    -2-