**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814
(916) 498-5700  Fax: (916) 498-5710

*Daniel J. Broderick*
*Federal Defender*

*Linda C. Harter*
*Chief Assistant Defender*

# M E M O R A N D U M

DATE:      May 17, 2011

TO:        Harry Vine, Courtroom Clerk to
           Honorable John A. Mendez

FROM:      Douglas Beevers, Assistant Federal Defender

SUBJECT:   USA v. Donald Johnson, Cr-S-11-0008 JAM
           Continuance of Judgment and Sentencing

---

Please continue the Schedule for Disclosure of Presentence Report and for Filing of Objections to the Presentence Report and the Judgment and Sentencing in this case. The reason for the continuance is to allow additional time to investigate sentencing issues.

|                                      | **OLD DATE** | **NEW DATE** |
|--------------------------------------|--------------|--------------|
| **Judgment and Sentencing**          | 06/07/2011   | 07/19/2011   |
| **Reply/Statement of Non Opposition**| 05/31/2011   | 07/12/2011   |
| **Motion for Correction**            | 05/24/2011   | 07/05/2011   |
| **Pre-Sentence Report**              | 05/17/2011   | 06/28/2011   |
| **Written Objections**               | 05/10/2011   | 06/21/2011   |
| **Proposed Pre-Sentence Report**     | 04/26/2011   | 06/07/2011   |

The Government, AUSA Kyle Reardon and the United States Probation Officer, Lori Clanton, have no objections to this continuance.

Thank you for your attention to this matter.  Please call with any questions or concerns.

Dated: May 17, 2011                    /s/ John A. Mendez
                                       Hon. John A. Mendez
                                       United States District Court Judge