1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )     2:11-CR-00008-JAM
                                  )
12          Plaintiff,            )     FINAL ORDER OF FORFEITURE
                                  )
13     v.                         )
                                  )
14 DONALD WAYNE JOHNSON,          )
                                  )
15          Defendant.            )
   _____)

16

17      WHEREAS, on or about April 18, 2011, this Court entered a

18 Preliminary Order of Forfeiture pursuant to the provisions of 18

19 U.S.C. § 2253, based upon the plea agreement entered into between

20 plaintiff and defendant Donald Wayne Johnson forfeiting to the

21 United States the following property:

22          (a)  One Gateway Tower model GT5674, partial serial
                 number 51006846;
23
            (b)  One 41GB Hotachi Deskstar IDE hard drive, serial
24               number G2CGYPBT;

25          (c)  One 250 GB Western Digital hard drive, serial
                 number WMAL72090997; and
26
            (d)  One 80GB Maxtor IDE hard drive, serial number
27               Y24DH4ME.

28      AND WHEREAS, beginning on April 20, 2011, for at least 30

                                  1              Final Order of Forfeiture

1   consecutive days, the United States published notice of the

2   Court's Order of Forfeiture on the official internet government

3   forfeiture site www.forfeiture.gov.  Said published notice

4   advised all third parties of their right to petition the Court

5   within sixty (60) days from the first day of publication of the

6   notice for a hearing to adjudicate the validity of their alleged

7   legal interest in the forfeited property;

8        AND WHEREAS, the Court has been advised that no third party

9   has filed a claim to the subject property, and the time for any

10  person or entity to file a claim has expired.

11       Accordingly, it is hereby ORDERED and ADJUDGED:

12       1.  A Final Order of Forfeiture shall be entered forfeiting

13  to the United States of America all right, title, and interest in

14  the above-listed property pursuant to 18 U.S.C. § 2253, to be

15  disposed of according to law, including all right, title, and

16  interest of Donald Wayne Johnson.

17       2.  All right, title, and interest in the above-listed

18  property shall vest solely in the name of the United States of

19  America.

20       3.  The U.S. Marshals Service shall maintain custody of and

21  control over the subject property until it is disposed of

22  according to law.

23       SO ORDERED this 19th day of July, 2011.

24

25                              /s/ John A. Mendez
                                JOHN A. MENDEZ
26                              United States District Judge

27

28

                              2                    Final Order of Forfeiture